# EXHIBIT "2"

Prior Deposition and Trial Testimony
Scott Kimbrough, Ph.D.

## Depositions and Court Appearances
Scott Kimbrough

**Depositions:**

Staples v. Union Pacific Railroad; 12/4/90; Hired by plaintiff attorney D. Querin; District Court of 6th Judicial District of State of Idaho, Register # 40765-B; Testified about vibration levels in locomotives.

Freeman v. Allied Van: circa 1991; Hired by defense attorney John Fitzsimmons; Bakersfield California; Testified that tractor trailer did not create excessive wind blast because it was speeding.

Wilhelm v. Agency Rent-a-Car; circa 1992; Hired by plaintiff attorney J. Vilos; Third Judicial District Court, State of Utah, Civil No. 900907387PI; Testified that tow vehicle/trailer combination was unsafe for application.

Sammeck v. American Honda; 9/16/93; Hired by plaintiff expert Mark Ezra who was working for plaintiff attorney H. Tipler; U.S. District Court Middle District of Alabama North Division; case # CV-91-D-01071-N; Testified about test procedures used to test Honda Goldwing.

Rex A. Poe v. American Honda; 11/16/94; called into case as neutral party to testify about test procedures used to test Honda Goldwing; U.S. District Court Eastern District of Arkansas; case # LR-C-93-306 .

Brice v. Lamont Banner dba Seafari; 1/18/96; Hired by defense attorney F. Biesinger; The 6th Judicial District Court in and for Wayne County, State of Utah; case # 91-1-1262-3CV; Testified about stability properties of tow-vehicle/trailer combinations.

Mack, et al, v. Lincoln County Wyoming and Kistler Tent & Awning; 3/12/96; Hired by defense attorney M. Mullikin; The State of Wyoming, County of Lincoln in the District Court, Third Judicial District; civil # 9300; testified about tent construction procedures used by Kistler Tent.

Dennis Dayton v. Dee Dayton dba Dayton Construction Co.; 3/27/96; Hired by plaintiff attorney M. Larsen; The 2nd Judicial District Court of Weber County, State of Utah; civil # 930900313; testified as to dangerous condition of dump truck which rolled over.

Jess Martin vs. Roadmaster Corporation; 5/3/96; Hired by plaintiff attorney Charles Weller; The second Judicial District Court of the State of Nevada; Case No CV94-08166; testified that a weight bench had a design defect.

Palmer v. Hi-Ball; 7/24/96; Hired by defense attorney M. Mullikin; United States District Court for the District of Wyoming; Case No. 95CV285J; testified about road conditions at accident site.

Bustamante v. Haemonetics; 8/23/96; Hired by plaintiff attorney Gary Friedman; Testified that Cell Saver blood cell processing machine presented forseeable risk.

Iacobellis vs. Kafesjian; 9/12/96; Hired by plaintiff attorney Ralph Tate; Third District Court of Salt Lake County, State of Utah, Case No. 960900803; Testified that it was more probable that car precipated accident rather than motorcycle

Idaho Power Company vs. Keith Conner and Gregory Albert Lierman; Hired by defense attorney Leon Smith; In the District Court of the Fifth Judicial District of the State of Idaho, in and for the County of Gooding; Case No CV 96-00136; Testified that transformer was in weakened state and failed.

Hill v. Segal; 6/16/97; Hired by plaintiff Attorney Paul Knight; Teton County District Court, Ninth Judicial District; Civil Case No. 9699; Presented structual analysis of motel.

Garret v. Trench Shoring Services; 6/27/97; Hired by plaintiff attorney Robert Lunnen; Third Judicial District Court of Salt Lake County, State of Utah; Case No. 950908053; Testified that lifting eye was defective.

Altenau vs. Motor Cargo; 9/30/97; Hired by defense attorney Sherwin Wittman; United States District Court, District of Nevada; Case No. CV-N-97-00083-ECR; Testified that visibility was poor and injury was severe.

Racine vs. Hawkeye Security; 9/15/98; Hired by defense attorney Robert Vermillion; Montana Eightth Judicial District Court; Cause No. CDV-97-871; Testified that driver was not impaired.

Goe vs. Sanders Brine Shrimp et al; 9/18/98; Hired by plaintiff attorney Sam Gaufin; United States District Court, District of Utah, Central Division; Civil No. 1:97CV 0065B; Testified that rotary drum dryers infringed patent.

Mulligan vs Katz; 9/22/98; Hired by plaintiff attorney Scott Domer; District Court Clark County Nevada; Case A 361455; Testified that car pulled in front of motorcycle.

Knight et al vs. Wills Trucking and Gibbons and Reed; 12/22/98; Hired by defense attorney Ted Kanell; 3rd Judicial District Court, Salt Lake County, State of Utah; Civil No. 970902689PI; Testified that mobile sign was behind traffic barrels.

Moss et al vs. Guseff; 9/23/98; Hired by defense attorney Philip Goodhart; District Court, Clark County, State of Nevada; Case No. A355702; Testified that truck speed was 46 to 50 MPH.

Avelar vs. CMI; 4/20/99; Hired by plaintiff attorney Doug Durbano; District Court, District of Utah, Northern Division; Case No. 1:98CV1; Testified that instruction manual was inadequate and the hazard could have been eliminated.

Saiz and Saiz v. Bish Jenkins and Sons et al; 8/27/99; Hired by plaintiff attorney James Spinner; District Court of Idaho; Case No. CVPI 98-562; Testified that seat was inadequate to support and protect passengers in boat.

Rees v. K Mart; 9/20/99; Hired by defense attorney Susan Sherrod; District Court Clark County Nevada; Case No. A344830; Testified that opposing expert improperly measured slip resistance of floor.

Lasco vs. Rowe; 1/20/2000; Hired by defense attorney James Holman; District Court (7th) State of Idaho; Case No. CV-97-6512; Tsetified that plaintiff would not have hit windshield if she was wearing a seat belt.

Munns vs. Swift Transportation et al; 2/4/2000; Hired by plaintiff attorney Robin Dunn; District Court (7th) State of Idaho; Case No. CV 98-5627; Testified that vehicle speed was in neighborhood of 60 MPH.

Burgess vs. Schultz; 3/2/2000; Hired by defense attorney Fredrick Harrison; District Court (3rd) of Wyoming; Case No. CV TA 97-394; Testified that plaintiff chose to leave pathway.

Sato vs. Lamb; 2/21/2000; Hired by defense attorney Thomas Lyons; District Court (6th) State of Idaho; Case No. CVPI-99-00029A; Testified to the change in velocity experienced in a collision.

Gori vs. Lamonica's ; 4/20/2000; Hired by defense attorney Steve Morgan; Weber District Court of Utah; Case No. 960900428; Testified that Lamonica's was acting in subordinate position to Pizza Hut.

Nemes vs. M.S. Concrete; 5/2/2000; Hired by defense attorney Martina Vero; District Court Clark County Nevada; Case No. A371068; Testified to speeds of vehicles at impact and the probability of signal light malfunction.

Selley vs. U.S. Energy; 6/29/00; Hired by defense attorney Richard Day; District Court of Fremont County, Wyoming 9th Judicial District; Case No. CV 30869; Testified about building code compliance issues regarding a structure that burned down.

Stanga vs. Salt lake City; 7/13/2000; Hired by defense attorney Robert Wallace; 3rd Judicial District, County of Salt Lake, State of Utah; Case No. 980913001; Testified regarding the safety of a curb at a location where a lady fell.

Townsend vs. Stever, etal; 9/7/2000; Hired by plaintiff attorney Steve Nichols; Superior Court of California for Los Angeles; Case No. BC 210055; Testified regarding who precipitated a head-on collision.

Feddersen vs. Sun Power; 9/19/2000; Hired by plaintiff attorney Fredrick Harrison; Wyoming District Court, 6th Judicial District; Case No. 22096; Testified regarding need for warnings on automatic gate.

Everett vs. Harts Gas & Food: 9/20/2000; Hired by defense attorney Baird Morgan; Utah District Court, 7th District; Case No. 990700044; Testified regarding slip resistance of floor.

Nittoli vs. Prestige Stations; 9/21/2000; Hired by defense attorney Robert McBride; Nevada District Court, Clark County; Case No. A369494; Testified regarding injury potential of cigarette tray.

Gray vs. Great Southern Express; 10/30/00; Hired by defense attorney Marvin Tyler; U.S. District Court for District of Wyoming; C.V. No. 00-CV-0088-D; Testified that opposing truck was across center line.

Bailie vs. Schorling; 12/28/2000; Hired by plaintiff attorney Steve Nichols; Superior Court, State of California, County of Kern; No. 234753-RA; Testified that based upon eye-witness testimony the defendant ran the red light.

Jones vs. Snow and Nichols; 2/14/01; Hired by defense attorney Clinton Casey; District Court of Idaho, Ada County; No. CV PI 0000028D; Testified that there was uncertainty over location where vehicle began to turn.

Ramirez vs. Chicago Automatic Door; 4/23/01; Hired by defense attorney Martina Jaccarino; District Court, Clark County, Nevada; Case No. A 381447; Testified that automatic door had been altered by intervening parties.

Lucero vs. Cannon et. al. ; 5/9/01; Hired by plaintiff attorney William Rawlings; 3rd District Court, Salt Lake County, State of Utah; Civil No. 000903392; Testified that if the parking lot lights had been on the probability of the accident would have been reduced.

Church vs. Jessop et al; 10/24/01; Hired by plaintiff attorney Tracy Mendola; District Court, Las Vegas Nevada; Civil No. A388441; Testified that truck violated right of way of plaintiff.

Rocha vs. Bridgestone/Firestone; 11/1/01; Hired by plaintiff attorney Tracy Mendola; District Court, Clark County Nevada; Civil No. A408483; Testified that tire failure precipitated accident.

Degen et al vs. Clark & Sons Trucking et al; 1/9/02; Hired by defense attorney Douglas Balfour; 5th District State of Idaho; CV-00-00730; Testified that car pulled in front of semi-truck.

Laughlin vs. Angel; 2/14/02/; Hired by defense attorney William Mattix; 14th District Court, State of Montana; CV 99-55; Testified that tow truck created hazard.

Spauling vs. Rutstein; 2/18/02; Hired by defense attorney Marvin Tyler; 3rd District Court, Wyoming; C-00-424; Testified that opposing expert improperly ruled out scenario proffered by defendant.

Hofland vs. Evans Construction; 5/10/02; Hired by defense attorney Joe Minnoc; District Court of Teton County Wyoming; Case No. 11818; Testified that hydraulic brake system was functional.

Rightman vs. Crystal Clear; 6/6/02; Hired by defense attorney George Ranalli; District Court, Clark County Nevada; Case No. A435093; Testified that tonneau cover was defective.

Bodirsky vs. Artman; 8/13/02; Hired by plaintiff attorney Steve Nichols; Superior Court of California, Kern County; No. 243293; Testified that truck passed by close to fog line.

Barton vs. Ford; 11/27/02; Hired by plaintiff attorney Frank Falk; 3rd Judicial District Court Salt Lake County, Utah; No. 010900529; Testified that fire started in fuse box of truck.

Huff vs. Shumate; 1/17/03; Hired by plaintiff attorney Peter Young; US District Court for the District of Wyoming; No. 02-CV-1047D; Testified that the driver did not react in an unreasonable way.

Garcia vs. Southwest Coil Steel; 1/24/03; Hired by defense attorney Tom Sandenaw; State of New Mexico 3rd Judicial District Court; CV-2001-1142; Testified that crane operating practices were compliant with OSHA regulations.

Collins vs. Dixon; 1/31/03; Hired by Plaintiff attorney Daniel Simon; 5th Judicial District Court for Washington County, Utah; No. 000500291; Testified that van precipitated accident with motorcyle.

Ripley vs. Sunnyside; 2/5/03; Hired by defense attorney Mitch Rice; 7th Judicial District Court for Carbon County, Utah; No. 000700772; Testified that powerplant had adequate safety program.

Hansen vs. Garriot; 2/6/03; Hired by plaintiff attorney Peter Young; 5th District Court, State of Wyoming; No. 22035; Testified that driver towing trailer was negligent.

Johnson vs. New Holland; 9/16/03; Hired by plaintiff attorney Sherwin Wittman; District Court of Colorado; No. 02-WM-1457 (CBS); Testified that skid-steer loader was unreasonably dangerous.

Starly vs. Cornhusker, et. al.; 1/5/04 and 1/14/04; Hired by defense attorney Steve Owens; District Court of Utah for Salt Lake County; Case No. 020907021 PI; Testified that Starely hit back of Chavez semi.

Drew v. Western Construction Components; 3/5/04; Hired by Plaintiff Attorney Don Lojeck; Case Idaho No. CV PI 0200465D; Testified that there was no evidence that the trailer was overloaded or being misused when it failed.

Carbrera v. Clark; 4/2/04; Hired by defense attorney Michael Mills; Case Nevada No. A457024; Testified that struck vehicle must have pulled to the left and slowed down before impact.

Cross v. General Motors; Hired by plaintiff attorney Ron Adkinson; Case No. 2-03CV-317; District Court, Eastern District of Texas, Marshall Division; Testified that failure of airbag to deploy caused fatality and that airbag design was defective.

Murray v. Caterpiller et al.; Hired by defense attorney John Gormley; Case No. A436691; District Court Clark County Nevada; Testified that filter system was adequate to protect seat hydraulic system from disabling contamination.

Larsen vs. Riverton Music et al.; Hired by defense attorney Cory Memmott; Case No. 20021800151; District Court Utah County Utah; Testified that there were alternate explanations for why a truck veered across traffic lanes after impacting another a car.

USAA vs. Caldera Spas et al.; Hired by plaintiff attorney Richard Briski; Case No. DV-03-421, Montana 18th Judicial Dist. Court; Testified that cause of fire was either spa motor or receptacle.

4

Utah Local Government Trust vs. Wheel Machinery; Hired by defense attorney Joseph Rust; Case No. 030501330; The 5th Judicial District of Utah; Testified that Wheeler was only a supplier.

Edizone vs Cloud Nine; Hired by defense attorney Ted Kanell; Case No. 1:04CV00117 TS; US District Court, Utah: Testified that Cloud 9 formula was prior art.

Travelers v. Snow Electric; Hired by defense attorney Robert Thompson; Case No. 020501864; Washington County District Court, State of Utah; Testified about vibration measurements taken during investigation.

American National Insurance v. Harris Construction; 2/1/05; Hired by plaintiff attorney Peter Lynch; Civil No. 040500152; 5th District Court, Utah; Testified about operating temperatures of construction heater.

Raslich v. McGinness et al.; Hired by defense attorney Michael Mills; Case No A451365; Clark County Nevada District Court; Testified that there was no proof that the van driver reacted in an impaired manner.

USAA v. Allied Precision; Hired by plaintiff attorney Ralph Tate; Case No. 040907977; Third Judicial District Court Utah, Salt Lake County; Testified that bucket heater was probable cause of fire.

Ignacio Garcia v. Paramount Citrus; Hired by plaintiff attorney Todd Gall; Case No. 03 CECG 02782; Superior Court for California, County of Fresno; Testified about reconstruction of accident in orchard.

Anderson v. State Farm; Hired by defence attorney Paul Belnap; Case No. 990906757; 3rd Judicial Court, Salt Lake County, State of Utah; Testified that there was no evidence to support a claim that vehicle struck motorcycle.

Lunelli v. Hayden; Hired by plaintiff attorney Spencer Siebers; Case No. 020700297; 7th District Court, Carbon County, State of Utah; Testified about time distance aspects of accident.

Sharp v. Icon; Hired by plaintiff attorney Lynn Heward; Civil Number 050601842; 2nd District Court, State of Utah; Testified about cause of failure of treadmill.

Crawford and Montoya v. Sullivan et al.; 9/12/06; Hired by plaintiff attorney Fred Harrison; Civil No. 82708 7th District Court of the State of Wyoming, Natrona County; Testified that truck driver was inattentive.

Mathis v Purdy et al.; Hired by defense attorney Marianne Lopez; Testified that bed of truck was attached in a substandard manner.

Wall-2-Wall v. Utah Fire Equipment et al.; Hired by plaintiff attorney Heinz Mahler; Case No 020908452 2nd Judicial Court, State of Utah; Testified that fire protection sprinkler system was poorly maintained.

Aspen Village Condo v. Olsen; 5/2/07; Hired by plaintiff attorney Buddy Paul; Case No. CV 05-519C 4th District Court; State of Idaho; Testified that construction heater was on high and could have caused fire.

Peterson et al. v. Chrysler et al.; 5/7/07; Hired by State Risk Management; Civil No. 1:06-CV-00108 TC; District Court of Utah, Northern Division; Testified about accident scene evidence.

Arnold v. Pahl: 6/12/07; Hired by defense attorney Peter Barlow; Civil No. 060700002; 4th District Court, State of Utah; Testified about tire blowout.

Richarson v. J&M Automatic Transmission; 6/27/07;Hired by plaintiff attorney Jay Mohlman; Case No. 040301281;3rd District Court, State of Utah; Testified about automatic transmission failure.

Lovelock v. Mekalainas; 9/27/07; Hired by plaintiff attorney Nehme-Tomalka; Case No. A511607; District Court Clark County, Nevada; Testified that use of crush analysis was inappropriate in low speed collision.

Peterson et al. v. Chrysler et al.; 11/15/07; Hired by State Risk Management; Civil No. 1:06-CV-00108 TC; District Court of Utah, Northern Division; Testified about seat belt usage.

Van Zwettler v. Chapin; 1/11/08: Hired by defense attorney Jennifer Brizee;Case No. PI 0618601; Fourth District Court, State of Idaho; Testified about OSHA regulations and cost-benefit analysis.

Clark v. Wilkins; 1/16/08; Hired by defense attorney Joe Joyce; Case No. 2:06CV00693-TS; District Court of Utah, Central District; Testified about night time visibility and driver perception reaction.

Dan Towler v. UPRR; 3/12/08;Hired by defense attorney Steve Densley; Case No, CV-07-247; Third District Court, Idaho; Testified about dynamics of lifting rails with a boom truck.

Olivas v. Jordanos; 3/31/08; Hired by plaintiff attorney Daniel Simon; Case No. 1188533 Superior Court of California, Santa Barbara; Testified that pintle hitch was unlatched and that the dolly that broke away was not readily visible to driver .

Simmonds v. Ritewood; 4/24/08; Hired by defense attorney Brendon Taylor; Case No. CV-07-55-E-EJL; US District Court, Idaho; Testified about safety issues in regards to an industrial accident.

Allstate v. General Electric;5/14/08;Hired by plaintiff attorney Chad Hutchings; Case No. 060400691; District Court Utah County, Utah; Testified about failure of gas stove.

Taco Time v. Leishman Electric; 5/15/08; Hired by plaintiff attorney John Goodell; case No. CV-06-826; 7th District Court, State of Idaho; Testified about failure of neon sign.

Gardner v. SPX et al.; 9/16/08; Hired by defense attorney Joe Joyce; case No. 040922873; 3rd Judicial Court, Utah; Testified about safety of dock leveler.

Kimberly Road Partners v. Nordson et al.; 11/12/08; Hired by defense attorney Pat George; Case No. CV 06-0005782; Fifth Judicial District Court, Idaho; Testified that faulty connection caused fire.

Andreason v. Wadman Construction; 11/18/08;Hired by plaintiff attorney Len McGee; Case No. Civil 060500917; Fifth Judicial District Court, Utah; Testified about construction site safety.

Clements v. Spectra; 12/8/08; Hired by plaintiff attorney Nelson Abott; Case No. Civil 070402289; Fourth Judicial Court, Utah; Testified about standard of care in tripping incident.

Laskey v. Snowbird; 12/18/08; Hired by defense attorney Kevin Simon; Civil Case No. 060900765; Third Judicial Court, Utah; Testified about collapse of cover.

Stevenson v. UPRR; 1/7/09; Hired by defense attorney Scott Tucker; Cause No. 4-07-CV-00522; U.S. District Court, Eastern Arkansas, Western Division; Testified about accelerations experienced when seat collapsed.

Lorenzo v. KTM et al.; 1/20/09; Hired by plaintiff attorney William Rawlings; Civil No. 070908693; Third Judicial Court, Utah; Testified that screws must have been loose for throttle assemble to have come off.

Thompson v. Harley Davidson of Northern Utah; 2/13/09; Hired by plaintiff attorney Robert Gilchrist; Civil No. 060900507; Second Judicial Court, State of Utah; Testified that failure to tighten spokes properly caused broken spoke and led to tire failure.

Bixby v. Union Pacific Railroad; 4/2/09; Hired by defense attorney Kent Hansen; CV-06-2350-PI; 6th District Court, Idaho; Testified as to potential tripping hazard.

Rawlings v. Linford; 4/28/09; Hired by defense attorney Harold Peterson; Civil 020404889; 4th Judicual Court, Utah; Testified about brake failure.

Hartford v. Gray Enterprises; 5/1/09; Hired by defense attorney Jennifer Gifford; 08-CV-628; District Court, Jefferson County, Colorado; Testified about thermodynamics of pellet stove.

Brennan v. Bridgestone et al.: 7/28/09; Hired by defense attorney Mark Williams; Cause No. ADV-06-1218(B); Montana 8th Judicial Court District Court, Cascade County; Testified about effects of tire impairment on vehicle stability.

Van-Pak v. Garcia; 9/10/09; Hired by plaintiff attorney Hienz Mahler; Civil No. 06-0906992; 3rd District Cout, Utah; Testified about night time visibility and reason wheel came off.

Mangin v. Club Car et al.; 9/11/09; Hired by plaintiff attorney Kristina Weller; Case No. A535880; District Court, Clark County, Nevada; Testified about lack of restraints in utility vehicle.

Gary Hollar v. UPRR; 4/14/10; Hired by defense attorney John Tietz; Case No. CDV-2008-996; Montana First Judicial District Court; Testified about slip-and-fall on stairs in locomotive.

Larry Hollar v. UPRR; 4/14/10; Hired by defense attorney John Tietz; Case No. CDV-2008-999; Montana First Judicial District Court; Testified about forces required to close door of locomotive.

Rothstein v. Snowbird; 4/20/10; Hired by plaintiff attorney David Cutt; Case No. Civil 0409255852; 3rd District Court, Utah; Testified that Snowbird failed to follow basic safety principles.

Doman v. Scheu et al; 4/29/10; Hired by plaintiff attorney Bastiaan Coebergh; Case No. 060906909MI; 2nd District Court, Utah; Testified that propane heater had a design defect.

Boam v. General Electric et al; 5/5/10; Hired by defense attorney Chris Martinez; Civil No. 1:09-cv-42; US District Court, District of Utah, Central Division; Testified that there was no evidence that microwave caused fire.

Hutchings v. Andrus; 5/12/10; Hired by defense attorney Robert Thompson; Civil No. 070103956; 4th District Court, Utah; Testified that driver failed to use proper technique when decending a long grade and that his employer failed to detect gaps in his skill level.

Bauman v. Ralph Smith Trucking; 9/23/10; Hired by defense attorney Terry Plant; Civil No. 08-CV-118; U.S. District Court, Utah; Testified that oncoming driver ran red light.

Foote v. Bri-Dan; 10/12/10; Hired by defense attorney Rebecca Lewis; Civil 29236; 6th Judicial District, Wyoming; Testified that opposing expert lacked the evidence to support his opinion regarding wheel loss.

Collins v. USA; 10/15/10; Hired by plaintiff attorney Todd Ingram; Civil 10-CV-035-D; U.S. District Court, Wyoming; Testified as to time-distance aspects of a motorcycle/truck accident.

Farmers v. ICON; 4/13/11; Hired by defense attorney Carlos Garcia; Cause No. 2010-40101-362; 362nd District Court, Texas; Testified about cause of fire.

Mifsud v. Max's et al; 5/12/11; Hired by defense attorney Rick Glauser; Case No. 080923218; 3rd District Court, State of Utah; Testified that there was no evidence of brake failure.

Skorupa v. JTL; 6/23/11/; Hired by defense attorney Jim Halverson; Cause No. DV-09-1389; 13th District Court, Montana; Testified about photogrammetry and computer graphics.

Gunn v. Snowie; 7/5/11; Hired by plaintiff attorney Nelson Abbott; Civil No. 090403377; 4th Judicial District Court, Utah County, Utah; Testified about hazard.

Beale v. Marriott; 7/7/11; Hired by plaintiff attorney John Fay; Civil No. 2:10-CV-00456; US District Court of Utah, Northern Division; Testified that pathway was hazardous.

Stoddard v. Larkin; 7/18/11; Hired by defense attorney Heinz Mahler; Civil No. 073100040; 1st Judicial Court, Cache County, State of Utah; Testified that failure of suspension precipitated accident.

West American Insurance Company v. Fortress Roofing; 10/12/11; Hired by plaintiff attorney Tom Regan; Civil No. 090900845; 2nd Judicial District Court, State of Utah; Testified about water damage.

Eldon Golightly v. Jose Hernandez; 10/13/11; Hired by defense attorney Brendan Taylor; Case No. CV-2010-74; 6th Judicial Cout, State of Idaho; Testified that driver who stopped in roadway precipitated accident.

Herbst v. Dallas et al.; 2/2/12; Hired by defense attorney Don Farley; Civil No. 10-5688; 7th Judicial District, Idaho; Testified as to time distance aspects of accident involving a motorcycle and a semitruck.

MetLife v. Air Vent et al.; 3/5/12; Hired by plaintiff attorney Cannon; Case No. 110705786; 2nd Judicial District Court, Utah; Testified as to most likely cause of fire.

Lopez and Geissler v. Allred; 4/11/12; Hired by plaintiff attorneys Brady and Carty; Case No. CV PI 1113265; ADA County, Idaho; Testified about time distance aspects of motorcycle/car accident.

Covarrubias v. DOKA; 4/24/12; Hired by plaintiff attorney Lawrence Smith; Case No. A90-600373-C; District Court Clark County, Nevada; Testified about safety engineering.

Dane v. Gieco; 7/5/12; Hired by defense attorney Jack Angaran; Case No. A574815; District Court Clark County, Nevada; Testified about cause of engine damage.

**Court Appearances:**

Jacobson v. Poulsen Construction; 8/28/91; Defense witness; In the Third Judicial Court in and for Salt Lake County, State of Utah; Testified about acceleration levels experience when hitting a pothole.

King v. Salt Lake Airport Authority; 5/17/94; Plaintiff witness; Testified as to defect in automatic door sensor system.

Salazar v. ; 11/21/95; Appearance before Industrial Commission; Testified that tire was worn out when it suffered blow-out.

State of Utah v. Jason Pearson; 6/29/95; Defense witness; Testified as to accuracy of shooting from moving vehicle.

Iacobellis vs. Kafesjian; 6/5/97; Plaintiff witness; Third District Court of Salt Lake County, State of Utah, Case No. 960900803; Testified that car precipitated accident rather than motorcycle.

Garret vs Trench Shoring; 9/24/98; Plaintiff witness; Third District Court of Salt Lake County, State of Utah; Civil No. 950908053; Testified that lifting eye was defective.

8

Stringer v. Pioneer Pipe et al; 9/16/99; Defense witness; Colorado; Testified that overhanging pipe did not cause accident.

Rees v. K Mart; 10/6/99; Defense witness; District Court Clark County Nevada; Case No. A344830; Testified that opposing expert improperly measured slip resistance of floor.

Munns vs. Swift Transport; 4/27/2000; Hired by Plaintiff attorney Robin Dunn; District Court (7th) State of Idaho; Case No. CV 98-5627; Testified that police measurements were in error and could not be used to estimate vehicle speeds.

Harmon vs. Harmon; 11/28/00; Hired by plaintiff attorney David Cannon; District Court (6th) State of Idaho; Case No. CVPI-00-00020C; Testified that a ladder and its usage were unreasonably dangerous.

Bedeger vs. Allstate; 3/28/01; Hired by defense attorney Lloyd Hardcastle; Mediation Conference 81 134 00028 01; Testified regarding visibility conditions at accident site at night.

Newhall vs. Burt Bros.; 6/29/01; Hired by defense attorney Trystan Smith; 3rd District Court, Salt Lake County, Utah; Civil No. 000910586; Testified regarding engine repair.

Bonds vs. Carter; 8/8/01; Hired by defense attorney Martina Jaccarino; District Court, Clark County Nevada; Binding Arbitration Hearing; Case No. A401946; Testified regarding appropriate speed.

Singer vs. NY/NY Casino; 9/17/02; Hired by Plaintiff attorney Devera Petak; US District Court for Nevada; Case No. CV-S-99-0717-JBR-RLH; Testified that it was negligent to have a loose hand-grip in the spa.

Fabela vs. U-Haul; 2/29/03; Hired by defense attorney John Tuffnell; Iowa District Court for Polk County; Case No. CL87464; Testified that brakes on truck were adequately maintained.

Angela Wong-Kurtz vs. Jeffery Allen Eastes, et. al.; 10/23/03; Hired by defense attorney Christopher Moore; Nevada District Court for Eureka County; Case No. 3543; Testified that semitruck had duty to stop in dust storm.

Hoopes vs. State of Idaho; 11/25/03; Hired by defense attorney Joel Tingey; Idaho District Court for Fremont County; Case No. CV-02-475; Testified that semitruck driver locked brakes of semi and lost ability to steer.

Bear River v. Crete; 8/19/05; Mediation Conference; Hired by defense attorney Cory Memmott; The Third District Court of Salt Lake County, State of Utah; Case No. 020907090; Testified to speeds and positions of vehicles preceeding impact.

Garcia v. Paramount; 1/8/06; Hired by plaintiff attorney Tom Brill; Superior Court of the State of California, County of Kern, Case No. 248679-SPC; Testified to the speed of the vehicles involved and to the visibility conditions existing at the time of the accident. Also testified about Human Factors.

Lunelli v. Hayden: 6/13/06; Hired by plaintiff attorney Fred Silvester; 7th District Court for Carbon County, Utah, Case No. 020700297; Testified to time/distance aspects of accident.

Hawthorne v. Escamilla; Hired by plaintiff attorney Edward Wells; 3rd District Court, State of Utah; Case No. 040919151; Testified as to visibility conditions.

Cuello v. Boyer; 9/6/07; Hired by defense attorney Kumen Taylor; 4th District Court, State of Utah; Case No. 040402025; Testified the vehicle was probably making u-turn at time of impact.

Spackman v. Butters; 2/14/08; Hired by defense attorney Phil Ivie; 1st District Court, Box Elder County, Utah; Civil No. 05 01 00143; Testified about time distance aspects of accident and traffic law.

Dan Towler v. UPRR; 4/4//08;Hired by defense attorney Steve Densley; Case No, CV-07-247; Third District Court, Idaho; Testified about dynamics of lifting rails with a boom truck.

Olivas v. Jordanos; 8/25/08; Hired by plaintiff attorney Daniel Simon; Case No. 1188533; Superior Court of California, County of Santa Barbara; Testified about mechanics of pintle hitch and night time visibility at accident site.

Leventhal v. AMCO Insurance; 3/18/09; Hired by defense attorney Steve Trayner; Civil No. 060917542;Utah 3rd District Court; Testified about electrical system in industrial building.

Carillo v. Boise Tire; 4/14/09; Hired by defense attorney Michael Brady; CV-PI 07-18437; 4th Judicial District, Idaho; Testified about the cause of a wheel coming off.

Lasky v. Snowbird; 6/2/09; Hired by defense attorney Kevin Simon; Civil No. 060900765; 3rd Judicial District, Utah; Testified about trip and fall incident.

Gardner v. SPX; 6/15/09; Hired by defense attorney Joe Joyce; Civil No. 040922873; 3rd Judicial District, Utah; Testified about fatal accident involving hydraulic dock leveler.

Collins v. Dixson; 8/31/10; Hired by plaintiff attorney Daniel Simon; 5th Judicial District Court for Washington County, Utah; No. 000500291;Testified that driver turned left in front of motorcycle.

Kerr v. City of Salt Lake; 11/16/10; Hired by plaintiff attorney Steve Christiansen; 3rd District Judicial Court, State of Utah; Case No. 080911169; Testified to measurements taken at trip-and-fall location.

Matthew adv. Hansen; 12/15/10; Hired by defense attorney Jennifer Brizee; 7th Judicial Court, Sata of Idaho; Case No. CV-09-3163; Testified about traffic patterns at intersection and cause of accident.

Collins v. USA; 2/22/11; Hired by plaintiff attorney Todd Ingram; Civil 10-CV-035-D; U.S. District Court, Wyoming; Testified as to time-distance aspects of a motorcycle/truck accident.

Rothstein v. Snowbird; 6/6/11; Hired by plaintiff attorney David Cutt; Case No. 040925852, 3rd District Court, State of Utah; Testified about geometry of ski accident site as determined by 3D survey and photogrammetry.

LVMPD adv. Yeghiazarian; 8/25/11; Hired by defense attorney Craig Anderson; Case No. A-09-594543-C; District Court, Clark County, Nevada; Testified about speeds and Human Factors.

Caliber Homes v. MMM Good Painting; 5/22/12; Hired by plaintiff attorney Jeff Dougherty; Civil No. 080908955; 3rd District Court, Utah; Testified about spontaneous combustion.